IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNIE RAY HAIRSTON,

    Petitioner,                      No. CIV S-10-0641 GGH P

    vs.

J. HAVILAND,

    Respondent.                  ORDER

_____/

       Pursuant to the Order, filed on April 5, 2010, petitioner, although a little belatedly by filing dated May 17, 2010, has submitted an in forma pauperis application which reveals that petitioner is unable to afford the costs of suit.

       Accordingly, IT IS ORDERED that petitioner's application to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

DATED: June 4, 2010                          /s/ Gregory G. Hollows

                                                      GREGORY G. HOLLOWS
                                                      UNITED STATES MAGISTRATE JUDGE

GGH:009
hair0641.habifp